JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR C. ARNOLD, | Case No. CV 08-04859 GPS (AN) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| M.C. KRAMER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: August 26, 2008

GEORGE P. SCHIAVELLI
─────────────────────────────
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE